UNITED STATES of America,
Plaintiff–Appellee,

v.

Scott Brandon HEATH, Defendant–
Appellant.

No. 05–10722
Non–Argument Calendar.
D.C. Docket No. 04–00229–
CR–J–24MCR.

United States Court of Appeals,
Eleventh Circuit.

Feb. 23, 2006.

Scott Brandon Heath, Ayer, MA, pro se.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and BLACK, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, Esquire, appointed counsel for Scott Brandon Heath, has moved to withdraw from further representation of Heath, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Heath's conviction and sentence are AFFIRMED.